# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Christopher Pope, Jr., | COURT MINUTES – CIVIL |
| Plaintiff, | BEFORE: TONY N. LEUNG |
| | U.S. MAGISTRATE JUDGE |

| | |
|---|---|
| Case No: | 22-cv-1434 (ECT/TNL) |
| Date: | January 19, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 10:00 AM |
| Time Concluded: | 4:15 PM |
| Time in Court: | 6 Hours & 15 Minutes |

v.

Derek Chauvin, acting in his individual capacity as a Minneapolis police officer; Alexander Walls, acting in his individual capacity as a Minneapolis police officer; Joshua Domek, acting in his individual capacity as a Minneapolis police officer; David Nerling, acting in his individual capacity as a Minneapolis police officer; Graham Plys, acting in his individual capacity as a Minneapolis police officer; David Robins, acting in his individual capacity as a Minneapolis police officer; Lucas Peterson, acting in his individual capacity as a Minneapolis police Sergeant; and City of Minneapolis,

Defendants.

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:   Greta Wiessner, Kathryn H. Bennett, Robert Bennett, John Pope

Defendant D. Chauvin:  No appearance

Defendant A. Walls, J. Domek, D. Nerling:   Joseph A. Kelly

Defendant G. Plys, D. Robins, L. Peterson:   Joseph E. Flynn

Defendant City of Minneapolis:   Brian Scott Carter, Mark S. Enslin, Kristyn Anderson, Jacob Frey, Andrea Jenkins, Jeremiah Ellison

## PROCEEDINGS:

☒   No settlement reached.

*s/Holly*
Courtroom Deputy