UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| John Christopher Pope, Jr., <br><br>   Plaintiff, <br><br> v. <br><br> Derek Chauvin, acting in his individual capacity as a Minneapolis police officer; Alexander Walls, acting in his individual capacity as a Minneapolis police officer; Joshua Domek, acting in his individual capacity as a Minneapolis police officer; David Nerling, acting in his individual capacity as a Minneapolis police officer; Graham Plys, acting in his individual capacity as a Minneapolis police officer; David Robins, acting in his individual capacity as a Minneapolis police officer; Lucas Peterson, acting in his individual capacity as a Minneapolis police Sergeant; and the City of Minneapolis, <br><br>   Defendants. | Case No. 0:22-cv-01434-ECT-TNL <br><br><br> **NOTICE OF WITHDRAWAL** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Patrick S. Collins, Esq., currently listed as counsel of record for Defendants, withdraws as counsel for the Defendants in this case. Joseph E. Flynn and the law firm of Jardine, Logan & O'Brien, P.L.L.P. will continue to represent Defendants in this matter.

|  |  |
|---|---|
|  | **JARDINE, LOGAN & O'BRIEN, P.L.L.P.** |
| Dated: February 28, 2023 | By: s/ Patrick S. Collins<br>Joseph E. Flynn, #0165712<br>Patrick S. Collins, #0302557<br>8519 Eagle Point Boulevard, Suite 100<br>Lake Elmo, MN 55042-8624<br>Telephone: (651) 290-6500<br>Facsimile: (651) 223-5070<br>jflynn@jlolaw.com<br>pcollins@jlolaw.com<br><br>*Attorneys for Graham Plys, David Robins and Lucas Peterson* |