UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Christopher Pope, Jr.,

Plaintiff,

v.

Derek Chauvin, Alexander Walls, Joshua Domek, David Nerling, Graham Plys, and David Robins, *acting in their individual capacities as Minneapolis police officers*; Lucas Peterson, *acting in his individual capacity as a Minneapolis police Sergeant*; and the City of Minneapolis,

Defendants.

File No. 22-cv-1434 (ECT/TNL)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of Dismissal With Prejudice, ECF No. 52, signed by all parties who have appeared, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without attorneys' fees and costs to any party.

Date: April 26, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court